Matter of O'Connor (2018 NY Slip Op 03175)

Matter of O'Connor

2018 NY Slip Op 03175 [31 NY3d 1008]

May 3, 2018

Court of Appeals

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

As corrected through Wednesday, June 13, 2018

[*1]

In the Matter of Terrence C. O'Connor, a Judge of the Civil Court of the City of New York, Queens County.

Decided May 3, 2018

APPEARANCES OF COUNSEL

Addabbo & Greenberg, Esqs., Forest Hills (Dominic L. Addabbo of counsel), and Edelstein & Grossman, Esqs., New York City (Jonathan I. Edelstein of counsel), for petitioner.
Robert H. Tembeckjian, New York City, for New York State Commission on Judicial Conduct, respondent.

{**31 NY3d at 1009} OPINION OF THE COURT

On the Court's own motion, it is determined that the Honorable Terrence C. O'Connor is suspended, with pay, effective immediately, from the office of Judge of Civil Court of the City of New York, Queens County, pursuant to New York Constitution, article VI, § 22 and Judiciary Law § 44 (8), pending review of a determination of the State Commission on Judicial Conduct.
Concur: Chief Judge DiFiore and Judges Rivera, Stein, Fahey, Garcia, Wilson and Feinman.